No. 3186. Ex Parte Thomas, April Term, 1893. This was an order, in *habeas corpus* proceedings, admitting Capers Thomas, charged with murder, to bail in the sum of $1,000, with not less than two nor more than five sureties, the recognizance to be approved by the clerk of the Court of General Sessions for Edgefield County. Dated May 19, 1893.

No. 3191. State *v.* Wilson, April Term, 1893. This was a consent order dismissing an appeal, and directing the *remittitur* to issue forthwith. Dated May 23, 1893.

No. 3192. Trimmier *v.* Thomson, April Term, 1893. The appellant filed his Points and Authorities on May 22, 1893, and on the next day, May 23, the cause was called on the docket for a hearing. Thereupon, on motion of *R. K. Carson*, attorney for respondent (*W. W. Thomson*, attorney for appellant), an order was passed PER CURIAM dismissing the appeal.